

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00191-CV

---

In Re Genesis Fong, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relator Genesis Fong filed this mandamus action against the Honorable Annabell Perez, Judge of the 41st District Court of El Paso County, Texas, for allegedly improperly granting summary judgment in favor of Real-Party-in-Interest Janelle Thompson in the underlying suit.

"Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal." *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding). After reviewing the mandamus petition and record, we conclude that Fong has failed to establish she is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

LISA J. SOTO, Justice

September 29, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.